BEFORE: WILLIAM D. WALL	DATE: <u>03/31/09</u>

UNITED STATES MAGISTRATE JUDGE	TIME: <u>10:30 AM</u>

DOCKET NO. <u>CV 08-0329</u>	ASSIGNED JUDGE: <u>SPATT</u>

CASE NAME: <u>KNICKERBOCKER DIALYSIS, INC. V. TRUEBLUE INC., ET AL.</u>

CIVIL CONFERENCE

Initial <u>X</u>   Status ____   Settlement ____   Pretrial ____   Other:____

APPEARANCES:   Plaintiff   <u>Robert Clark</u>

                   Defendant   <u>Donald Heyrich(Trueblue) (by phone)</u>

                                    <u>John Wait (First Health)</u>

**SCHEDULING:** The next <u>Pretrial</u> conference will be held on <u>November 17, 2009</u> at <u>11:00 am</u>.

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

X☐   The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐   Referred to mediation by separate order.

☐   The joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge

☐X☐   Other: The Stipulation of Confidentiality and Protective Order has been SO ORDERED by the court.

                                                SO ORDERED

                                              <u>/s/ William D. Wall</u>
                                              WILLIAM D. WALL
                                              United States Magistrate Judge